UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM JOHN CONNORS, III, | ) | |
| Plaintiff, | ) | 3:11v-00530-ECR-WGC |
| vs. | ) | |
| | ) | <u>ORDER</u> |
| DAVID ROGERS, | ) | |
| Defendant, | ) | |

Plaintiff has submitted an action apparently seeking release of the "vessel William-John Connors, III ©" from the possession or custody of Clark County and its district attorney.

Apart from the failure to state a cognizable claim for relief, the plaintiff has failed to comply with the Court's order of August 1, 2011 which required him to submit an application to proceed in *forma pauperis* and to submit his complaint or petition on the proper forms. The matter shall, therefore, be dismissed.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the complaint (ECF No. 1-1) and other documents previously submitted.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. All pending motions are denied. Any appeal of this order should not be considered to be taken in good faith.,

The Clerk shall enter judgment accordingly.

DATED this 15th day of September 2011.

                                                  *Edward C. Reed*
                                                  UNITED STATES DISTRICT JUDGE

3:11-cv-00530-ECR-WGC
Connors v. Rogers