UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM JOHN CONNORS, III, ) | |
| ) | |
| Plaintiff, ) | 3:11v-00530-ECR-WGC |
| ) | |
| vs. ) | |
| ) | ORDER |
| DAVID ROGERS, ) | |
| ) | |
| Defendant, ) | |

Plaintiff has submitted an action apparently seeking release of the "vessel William-John Connors, III ©" from the possession or custody of Clark County and its district attorney.

Apart from the failure to state a cognizable claim for relief, the plaintiff has failed to comply with the Court's order of August 1, 2011 which required him to submit an application to proceed in *forma pauperis* and to submit his complaint or petition on the proper forms. The matter shall, therefore, be dismissed.

**IT IS THEREFORE ORDERED** that the Clerk shall detach and file the complaint (ECF No. 1-1) and other documents previously submitted.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. All pending motions are denied. Any appeal of this order should not be considered to be taken in good faith.,

1    The Clerk shall enter judgment accordingly.

3    DATED this 15th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE

7    3:11-cv-00530-ECR-WGC
Connors v. Rogers

-2-