AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

WILLIAM JOHN CONNORS, III,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-cv-00530-ECR-WGC**

DAVID ROGERS, et al.,

    Defendants.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Complaint (Dkt. No. 9) is DISMISSED WITH PREJUDICE for failure to state a cognizable claim for relief and failing to comply with the Court's order of August 1, 2011 (Dkt. No. 3 ).

  September 20, 2011              **LANCE S. WILSON**
                                          Clerk

                                          /s/ Katie Lynn Ogden
                                            Deputy Clerk