UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM JOHN CONNORS, III, | ) |
|      Plaintiff, | ) 3:11v-00530-ECR-WGC |
| vs. | ) |
| | ) ORDER |
| DAVID ROGERS, | ) |
|      Defendant, | ) |

Plaintiff, whose civil rights complaint apparently seeking release of the "vessel William-John Connors, III ©" from the possession or custody of Clark County and its district attorney, was dismissed by the Court with prejudice on September 16, 2011. Plaintiff has now filed a document entitled "Motion for District Judge to Reconsider Order (ECF No. 15).

A court may relieve a party from judgment for the following reasons:  (1) mistake, inadvertence, surprise, or excusable neglect;  (2) newly discovered evidence;  (3) fraud or other misconduct;  (4) a void judgment;  (5) a satisfied or discharged judgment;  or (6) any other reason justifying relief from operation of the judgment. *See* Fed.R.Civ.P. 60(b);  *Backlund v. Barnhardt*, 778 F.2d 1386, 1388 (9th Cir. 1985).

The complaint fails to state any type of cognizable claim subject to this Court's review in that plaintiff attempted to identify himself as a maritime vessel subject to an action on a security agreement and UCC filing.  The motion for reconsideration contains statements related to nothing discernible as an argument satisfying any of the above criteria.  Rather, plaintiff seems to suggest that

1  the complaint was filed in error and should be stayed to allow the Nevada Supreme Court an opportunity
2  to rule on the issues. Whether the claims are exhausted in state court or not is of no moment to a
3  determination that the pleading is nonsensical. Based on the contents of the motion and the complaint,
4  the Court confirms is previous dismissal and (ECF No. 15) is **DENIED**.

**IT IS SO ORDERED.**

DATED this 28th day of October 2011.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE